**2008–1550. [State ex rel.] Day v. Sweeney.**
In Prohibition. On respondents' motion for judgment on the pleadings, relator's motion to strike motion for judgment on the pleadings, and respondents' motion opposing motion to strike. Motion for judgment on the pleadings granted. All other motions denied. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.